IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 21-40065 |
| STEPS AMERICA, INC. | § | Chapter 11 |
| | § | |
| | § | |
| Debtor | § | |

### AGREED ORDER GRANTING MOTION OF COMERICA BANK RELIEF FROM AUTOMATIC STAY AND ADEQUATE PROTECTION

Came on for consideration the Motion for Relief from Automatic Stay of Movant Comerica Bank pursuant to 11 U.S.C. § 362 (d)(1). The undersigned parties, through their respective counsel, advised the Court that they had reached an agreement on the matters raised by the Motion. The Court finds that the Debtor and Comerica Bank have agreed to the terms of this Order for relief from the automatic stay conditioned upon the provisions provided herein and accordingly it is

ORDERED that the automatic stay will remain in effect as to the Comerica Bank's collateral being used by the Debtors business, provided the Debtor makes an adequate protection payment of $1,000 per month to Comerica, which $1,000 per month payment will be due and payable the fifteenth (15th) of each month, beginning April 15, 2021. Said payment is to be made

ORDER GRANTING MOTION FOR RELIEF - Page 1 of 2

to the undersigned attorney for Comerica Bank at **1717 Main Street 25th Floor Dallas, Texas 75201**. The Debtor will have a grace period of three (3) business days after written notice to cure any missed payment before default is declared. However, the Debtor is only allowed two opportunities to cure. After two written notices have been given to the Debtor and cures made, there will be no further grace periods. If a default occurs under this agreed order and the stay lifts automatically without any notice or application to the Court, and it is further

ORDERED, that upon default, the automatic stay will be and is hereby modified to allow Comerica Bank to recover from the Debtor its collateral and fully enforce its contractual and security rights against the collateral, without any further notice or application to or Order from the Court.

### End of Order ###

Signed on 4/5/2021

_Brenda T. Rhoades_    YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

AGREED AND APPROVED:

**WADDELL SERAFINO GEARY RECHNER JENEVEIN, P.C.**

By:  /s/ Richard G. Dafoe
    Richard G. Dafoe
Attorney for Movant

LAW OFFICE OF ERIC LIEPINS, PC
By  /s/ Eric A. Liepins
    Eric A. Liepins
Attorney for Debtor

ORDER GRANTING MOTION FOR RELIEF - Page 2 of 2