# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STEPS AMERICA, | § | CASE NO. 21-40065 |
| | § | |
| INC DEBTOR | § | |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF THIRTY DAY HEARING REQUIREMENT FILED BY GVH, INC. AND THE FERBY CORPORATION**

On **March 5, 2021** a **MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF THIRTY DAY HEARING REQUIREMENT** (the "Motion") (Doc. 48) was filed by **GVH, INC. AND THE FERBY CORPORATION** (the "Movants") in the above-referenced case. Debtor Steps America, Inc. filed its **RESPONSE TO MOTION TO LIFT STAY** (Doc. 54) on March 19, 2021.

On April 6, 2021 a hearing was held on the Motion, and after consideration of the pleadings filed, oral argument at hearing, and applicable law, the Court:

**ORDERS** that the automatic stay will remain in effect as to the possession of the Premises at 4400 Preston Road, Frisco, Texas, provided the Debtor makes an adequate protection payment of **$14,286.54** on or before **April 11, 2021** (five (5) calendar days from April 6, 2021);

**ORDERS** that adequate protection payments of post-petition rent in the amount of **$14,286.54** be made on the first day of each month beginning on May 1, 2021;

**ORDERS** that the Debtor will have one grace period of seven (7) calendar days after written notice to cure any missed payment before default is declared. However, the Debtor is only allowed one opportunity to cure. After one written notice has been given to the Debtor and a cure made, there will be no further grace periods. If a default occurs under this Order the stay lifts automatically without any notice or application to the Court. Any notice to cure hereunder will be delivered via first class mail and via email to counsel for Debtor, Eric Liepins, at 12770 Coit Road, Suite 850, Dallas, Texas 75251 and via email at Eric@ealpc.com. Such notice will be deemed delivered when emailed or placed in the United States Mail; and

**ORDERS**, that upon default, the automatic stay will be and is hereby modified to allow GVH, Inc. and The Ferby Corporation to recover from the Debtor the Premises and fully enforce its contractual and security rights against the Premises and the security deposit, without any further notice or application to or Order from the Court.

Signed on 4/8/2021



_____ YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Order re Doc. No. 48 040621.2

AGREED AS TO FORM:

*/s/ Tom Kapioltas*
Thomas L. Kapioltas
Attorney for GVH, Inc.
and The Ferby Corporation


/s/ Eric A. Liepins
Eric A. Liepins
Attorney for Debtor

Order re Doc. No. 48 040621.2