

EOD
04/13/2021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 21-40065 |
| STEPS AMERICA, INC., | § | |
| | § | Ch. 11 |
| Debtor. | § | |
| | § | |

**ORDER GRANTING MOTION OF GVH, INC. AND
THE FERBY CORPORATION TO COMPEL
ASSUMPTION OR REJECTION OF THE LEASE AGREEMENT BETWEEN
GVH, INC. AND THE FERBY CORPORATION AND STEPS AMERICA, INC.**

On this date the Court considered the *Motion of GVH, Inc. and The Ferby Corporation to Compel Assumption or Rejection of the Lease Agreement Between GVH, Inc. and The Ferby Corporation and Steps America, Inc.* (the "Motion") which was filed herein by GVH, Inc. ("GVH") and The Ferby Corporation ("Ferby") on March 15, 2021. The Motion to Compel contained the necessary notices and, according to the certificate of service therein, was served upon all parties entitled to notice. Based upon the record before the Court, the Court finds and concludes that no objection has been filed to the Motion and cause exists under 11 U.S.C. §365 to reject the Lease (as defined in the Motion to Compel).

**IT IS THEREFORE ORDERED** that

1. The Motion to Compel is granted as set forth herein.
2. The Debtor shall take all steps necessary to assume or reject the Lease Agreement on or before April 30, 2021.

Signed on 4/13/2021

*Brenda T. Rhoades*    MD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

1