**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | | |
| **Steps America, Inc** § | | |
| § | **Case No. 21-40065 -11** | |
| § | | |
| § | | |
| **Debtor.** § | | |

**ORDER SETTING PLAN RELATED DEADLINES**
**AND HEARING ON CONFIRMATION**
**(SMALL BUSINESS DEBTOR – SUBCHAPTER V)**

On April 15, 2021, the debtor in the above referenced case (the "Debtor") filed a Plan of Reorganization, and in light of the Debtor's election to have subchapter V of chapter 11 apply to this case, the Court finds cause for entry of this Order.

**IT IS THEREFORE ORDERED, AND NOTICE IS HEREBY GIVEN, THAT:**

A.  On or before **April 20, 2021** a copy of this Order, the Debtor's proposed Chapter 11 Plan, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d); however, in accordance with 11 U.S.C. §1126(f), acceptances and rejections will not be solicited from any class that is not impaired under the proposed plan;

B.  **May 21, 2021** is fixed as the last day for submitting written acceptances or rejections of the Debtor's proposed Chapter 11 plan which must be received by **5:00 p.m. (CDT)** on that date at the offices of **Eric A. Liepins ,12770 Coit Road, Suite 1100**

1

**Dallas, TX 75251**, and no acceptances or rejections received after the stated deadline shall be counted or otherwise included in the tabulation of acceptances and rejections of the Debtor's proposed Chapter 11 plan without further Court order;

 C.  **May 18, 2021** is fixed as the last day for filing and serving written objections to confirmation of the Debtor's proposed Chapter 11 plan pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(1) and all comments or objections not timely filed and served by such deadline shall be deemed waived;

 D.  **May 11, 2021** is fixed as the last day for a creditor to make an election under 11 U.S.C §1111(b).

 E.  The telephonic hearing to consider the confirmation of the Debtor's proposed Chapter 11 Plan is fixed and shall be held on **May 25, 2021 at 9:30 a.m.**  Parties are instructed to dial 1-888-675-2535, use Access No. 4225607 and Security No. 2918, as well as directed to review the instructions contained in the following link for all telephonic hearings before Judge Rhoades:

http://www.txeb.uscourts.gov/content/judgerhoades.  The information can be found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info", then choosing "Judge Rhoades", and then choosing "Telephonic Hearing" Tab. which hearing may be adjourned or continued to a different date without further notice other than notice given in open court at such hearing.

       Signed on 4/15/2021

       *Brenda T. Rhoades* YM
       HONORABLE BRENDA T. RHOADES,
       CHIEF UNITED STATES BANKRUPTCY JUDGE