**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Steps America, Inc** | § | **Case No. 4:21-BK-40065** |
| | § | |
| | § | |
| **Debtor(s)** | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Scott M. Seidel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $333,645.00 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $25,000.00 | | |

3) Total gross receipts of $25,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $169,999.84 | $377,159.14 | $482.79 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $13,898.75 | $13,898.75 | $13,898.75 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $43,193.33 | $43,193.33 | $11,101.25 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $1,018.60 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $491,724.93 | $275,401.50 | $275,401.50 | $0.00 |
| **Total Disbursements** | $661,724.77 | $710,671.32 | $332,976.37 | $25,000.00 |

4). This case was originally filed under chapter 11 on 01/15/2021. The case was converted to one under Chapter 7 on 03/15/2022. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/05/2023      By:  */s/ Scott M. Seidel*
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Claims against landlord for fraud, DTPA Breach on lease | 1129-000 | $25,000.00 |
| **TOTAL GROSS RECEIPTS** | | $25,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Denton County | 4110-000 | $0.00 | $113.95 | $0.00 | $0.00 |
| 2 | Frisco ISD | 4110-000 | $0.00 | $1,476.75 | $0.00 | $0.00 |
| 3 | Mulligan Funding, LLC | 4110-000 | $0.00 | $63,675.05 | $0.00 | $0.00 |
| 4 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR | 4110-000 | $0.00 | $778.21 | $0.00 | $0.00 |
| 7 | Pearl Funding LLC | 4110-000 | $0.00 | $75,943.00 | $0.00 | $0.00 |
| 10 | City of Frisco | 4110-000 | $0.00 | $457.61 | $0.00 | $0.00 |
| 13 | Comerica Bank | 4110-000 | $0.00 | $54,891.22 | $0.00 | $0.00 |
| 14 | U.S. Small Business Administration | 4110-000 | $0.00 | $153,467.47 | $0.00 | $0.00 |
| 15 | Comerica Bank | 4110-000 | $0.00 | $25,873.09 | $0.00 | $0.00 |
| 16 | City of Frisco | 4110-000 | $0.00 | $482.79 | $482.79 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $377,159.14 | $482.79 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Scott M. Seidel, Trustee | 2100-000 | NA | $3,250.00 | $3,250.00 | $3,250.00 |
| Scott M. Seidel, Trustee | 2200-000 | NA | $663.60 | $663.60 | $663.60 |
| SEIDEL LAW FIRM, Attorney for Trustee | 3110-000 | NA | $9,949.50 | $9,949.50 | $9,949.50 |
| SEIDEL LAW FIRM, | 3120-000 | NA | $35.65 | $35.65 | $35.65 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| Attorney for Trustee | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $13,898.75 | $13,898.75 | $13,898.75 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Scott Seidel, Trustee | 6101-000 | NA | $6,785.70 | $6,785.70 | $1,744.01 |
| The Ferby Corporation and GVH, Inc., Other Prior Chapter Administrative | 6990-000 | NA | $36,407.63 | $36,407.63 | $9,357.24 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $43,193.33 | $43,193.33 | $11,101.25 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Comptroller of Public Accounts C/O Office of the Attorney General Bankruptcy - Collections Division | 5800-000 | $0.00 | $1,018.60 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,018.60 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | DW Distribution, Inc. | 7100-000 | $0.00 | $20,023.43 | $20,023.43 | $0.00 |
| 6 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | $0.00 | $24,666.65 | $24,666.65 | $0.00 |
| 8 | U.S. Bank NA dba Elan Financial Services Bankruptcy Department | 7100-000 | $0.00 | $23,989.00 | $23,989.00 | $0.00 |
| 9 | Eleganza Tiles, Inc. | 7100-000 | $0.00 | $14,084.56 | $14,084.56 | $0.00 |
| 12 | The Ferby Corporation | 7100-000 | $0.00 | $192,637.86 | $192,637.86 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $275,401.50 | $275,401.50 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

UST Form 101-7-TDR (10/1/2010)

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 21-40065-BTR | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | STEPS AMERICA, INC | Date Filed (f) or Converted (c): | 03/15/2022 (c) |
| For the Period Ending: | 7/5/2023 | §341(a) Meeting Date: | 04/06/2022 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Comerica | $1,000.00 | $0.00 | | $0.00 | FA |
| 2 | Great Plains | $70,000.00 | $0.00 | | $0.00 | FA |
| 3 | Security Deposit | $31,200.00 | $0.00 | | $0.00 | FA |
| 4 | Accounts receivable 90 days or less | $30,000.00 | $0.00 | | $0.00 | FA |
| 5 | Inventory | $100,000.00 | $0.00 | | $0.00 | FA |
| 6 | Office furniture, racking, shelving, A-Frames | $12,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | landlord reports that these items were abandoned at the 4400 Preston Road address by the debtor. | | | | | |
| 7 | 2 trucks, 1 van, 1 forklift, 1 trailer | $44,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Landlord reports that these items were abandoned by debtor prior to filing. | | | | | |
| 8 | Judgement against Greg Noble (on Appeal) | $9,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned pursuant to Order DN 174 | | | | | |
| 9 | Claims against landlord for fraud, DTPA Breach on lease | Unknown | $0.00 | | $25,000.00 | FA |
| 10 | Mechanics Lien claim against Carl White (in bankruptcy) | $36,445.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Order on Abandonment DN 182 | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                                             **Gross Value of Remaining Assets**

| | $333,645.00 | $0.00 | | $25,000.00 | $0.00 |
|---|---|---|---|---|---|

Initial Projected Date Of Final Report (TFR):   12/29/2023        Current Projected Date Of Final Report (TFR):             /s/ SCOTT M. SEIDEL

                                                                                                                            SCOTT M. SEIDEL

**FORM 2**

Page No: 1    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 21-40065-BTR | | Trustee Name: | Scott M. Seidel |
|---|---|---|---|---|
| Case Name: | STEPS AMERICA, INC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7779 | | Checking Acct #: | ******0019 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | the estate of Steps America, Inc. |
| For Period Beginning: | 1/15/2021 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 7/5/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/07/2022 | (9) | GVH, Inc. & The Ferby Corporation | auction sale proceeds | 1129-000 | $25,000.00 | | $25,000.00 |
| 04/13/2023 | 5001 | SEIDEL LAW FIRM | general counsel fees Order DN 186 | 3110-000 | | $9,949.50 | $15,050.50 |
| 04/13/2023 | 5002 | SEIDEL LAW FIRM | general counsel expenses Order DN 186 | 3120-000 | | $35.65 | $15,014.85 |
| 05/02/2023 | 5003 | Scott M. Seidel | Trustee Fees pursuant to Order DN 192 | 2100-000 | | $3,250.00 | $11,764.85 |
| 05/02/2023 | 5004 | Scott M. Seidel | Trustee expenses pursuant to Order DN 192 | 2200-000 | | $663.60 | $11,101.25 |
| 05/11/2023 | 5005 | Scott Seidel | Claim #: ;  Amount Allowed: 6,785.70;  Distribution Dividend: 25.70; Account Number: ; | 6101-000 | | $1,744.01 | $9,357.24 |
| 05/11/2023 | 5006 | The Ferby Corporation and GVH, Inc. | Claim #: ;  Amount Allowed: 36,407.63;  Distribution Dividend: 25.70; Account Number: ; | 6990-000 | | $9,357.24 | $0.00 |
| | | | **TOTALS:** | | $25,000.00 | $25,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $25,000.00 | $25,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $25,000.00 | $25,000.00 | |

| **For the period of 1/15/2021 to 7/5/2023** | | **For the entire history of the account between 09/07/2022 to 7/5/2023** | |
|---|---|---|---|
| Total Compensable Receipts: | $25,000.00 | Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 | Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $25,000.00 | Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 | Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 21-40065-BTR | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | STEPS AMERICA, INC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7779 | Checking Acct #: | ******0019 |
| Co-Debtor Taxpayer ID #: | | Account Title: | the estate of Steps America, Inc. |
| For Period Beginning: | 1/15/2021 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 7/5/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $25,000.00 | $25,000.00 | $0.00 |

| For the period of 1/15/2021 to 7/5/2023 | | For the entire history of the case between 03/15/2022 to 7/5/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $25,000.00 | Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 | Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $25,000.00 | Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 | Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ SCOTT M. SEIDEL

SCOTT M. SEIDEL