**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Steps America, Inc. | § | Case No. 21-40065 |
| | § | |
| DEBTOR(S) | § | Chapter 7 |

### ORDER DISCHARGING CHAPTER 7 TRUSTEE
### AND CLOSING CHAPTER 7 CASE

Upon the filing of the Chapter 7 Trustee's Final Account and Distribution Report Certification that the Estate has Been Fully Administered and Application to be Discharged (TDR) on July 13, 2023 , the Court finds that the bankruptcy estate arising in the above-referenced case has been fully administered. Accordingly, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that Scott Seidel is hereby **DISCHARGED** of all duties as the duly-appointed Trustee of the Chapter 7 bankruptcy estate created in the above-referenced case.

**IT IS FURTHER ORDERED** that the above-referenced Chapter 7 case is hereby **CLOSED.**

Signed on 7/18/2023

*Brenda T. Rhoades*                    ST
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

# # # END OF ORDER # # #